DENNIS M. COTA, Bar No. 127992
CAROLYN J. FRANK, Bar No. 245479
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA  95661
Telephone:    (916) 780-9009
Facsimile:    (916) 780-9050

Attorneys for Plaintiff
Howard McKeon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCKEON,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSE GUGGENHEIM, et al.,<br><br>       Defendants. | Case No.  2:09 CV-03288-KJM JFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE;  ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action, through their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety, including Plaintiff's Complaint and Defendant's Cross-Complaint, with prejudice.

DATED: May 31, 2011                    COTA COLE LLP


                                         /s/  Carolyn J. Frank
                                        Carolyn J. Frank
                                        Attorneys for Plaintiff
                                        Howard McKeon


DATED: May 31, 2011                    COTTON & GUNDZIK LLP


                                         /s/  Aaron C. Gundzik
                                        Aaron C. Gundzik
                                        Attorneys for Defendant
                                        Jose Guggenheim

{JM/00015874.2}

**ORDER**

Based on the foregoing Stipulation for Dismissal and good cause appearing therefor, IT IS SO ORDERED that the above-entitled case is dismissed with prejudice.  This case is closed.

Dated:  June 2, 2011

_____
UNITED STATES DISTRICT JUDGE

{JM/00015874.2}                                  - 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
Case No. 2:09 CV-03288-JAM JFM

# PROOF OF SERVICE

I, Mylene Tiongco, declare that I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Cota Cole LLP, 2261 Lava Ridge Court, Roseville, CA 95661. On May 31, 2011, I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Roseville, California, addressed as set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list.  Such envelope was deposited for delivery by _____ following the firm's ordinary business practices.

☑ by Federal Court email:  by the electronic service procedures of the United States District Court, Eastern District of California, on all parties not served by mail.

Aaron C. Gundzik  
Cotton & Gundzik, LLP  
624 South Grand Avenue, 22nd Floor  
Los Angeles, CA  90017

Attorneys for Defendant  
JOSE GUGGENHEIM

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 31, 2011, at Roseville, California.

_____  
Mylene Tiongco

{JM/00015874.2}